614

371 A.2d 1299

Commonwealth v. Mrmich, Appellant.

Argued November 8, 1976.   P. Balogh, with him Lawrence J. O'Toole, Trial Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 1299

Commonwealth v. Ninehouser, Appellant.

Argued November 15, 1976.   Alfred B. Bell, Assistant Public Defender, with him Dante G. Bertani, Public Defender, for appellant; David B. Wasson, Assistant District Attorney, and Albert M. Nichols, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, P. J., absent.